# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHOENIX MEDIA/COMMUNICATIONS GROUP, INC., PEOPLE2PEOPLE GROUP, INC., TELE-PUBLISHING, INC., AND FNX BROADCASTING LLC,<br><br>　　　　　Defendants. | C.A. No. 1:10-cv-11917-DPW<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS BETWEEN FACEBOOK, INC. AND TELE-PUBLISHING, INC.

WHEREAS plaintiff Facebook, Inc. ("Facebook") filed its Complaint on November 8, 2010 against defendant Tele-Publishing, Inc. ("TPI"), alleging infringement of U.S. Patent Nos. 6,199,157 and 6,314,458 (hereafter the "Patents"). On January 11, 2012, Facebook and TPI entered into an Agreement to resolve the claims between them in this litigation.

NOW THEREFORE, Facebook and TPI, having entered into the Agreement and consented to judgment as follows, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Facebook alleges that it is the owner of the Patents.

2. TPI and its representatives, employees, assigns and successors, and all persons in active concert or participation with it, shall be and are hereby permanently enjoined and restrained from making, using, selling, or offering to sell any goods or services that infringe, either literally or under the doctrine of equivalents, contributorily infringing or inducing the

infringement of the Patents, throughout the United States or importing such infringing goods into the United States.

3. Nothing herein shall enjoin Phoenix Media/Communications Group, Inc., People2People Group, Inc. or FNX Broadcasting LLC (the "Lawsuit Codefendants") and their representatives, employees, assigns and successors, and all persons in active concert or participation with them from making, using, selling, or offering to sell any goods or services. Moreover, nothing herein shall limit the rights of any Lawsuit Codefendant to challenge the validity or enforceability of any claim of the Patents.

4. This Court shall retain jurisdiction to enforce the terms of the parties' Agreement and this Stipulated Consent Judgment and Permanent Injunction.

5. This Stipulated Consent Judgment and Permanent Injunction shall not affect Facebook's claims against any Lawsuit Codefendant or any defenses to those claims by any Lawsuit Codefendant.

| NUTTER MCCLENNEN & FISH LLP | COOLEY LLP |
|---|---|
| By:/s/ Benjamin L. Mack (*with permission*) | By:/s/ Reuben H. Chen |
|     Daniel J. Gleason (BBO# 194900) |     Heidi L. Keefe (pro hac vice) |
|     Joseph F. Shea (BBO# 555473) |     Mark R. Weinstein (pro hac vice) |
|     Benjamin L. Mack (BBO# 661590) |     Reuben H. Chen (pro hac vice) |
|     Heather B. Repicky (BBO# 663347) |     Daniel J. Knauss (pro hac vice) |
|     Seaport West |     3175 Hanover Street |
|     155 Seaport Boulevard |     Palo Alto, CA  94304-1130 |
|     Boston, MA  02210 |     Telephone:  (650) 843-5000 |
|     (617) 439-2000 |     Facsimile:   (650) 849-7400 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff Facebook, Inc.* |
| *Tele-Publishing, Inc.* | |

OF COUNSEL

Donald K. Stern (BBO No. 479420)
    dstern@cooley.com
COOLEY LLP

500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Plaintiff Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I, Reuben H. Chen, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). For those parties indicated as non-registered participants, if any, a paper copy will be sent by facsimile and/or U.S. First Class Mail on January 13, 2012.

*/s/ Reuben H. Chen*
Reuben H. Chen

SO ORDERED, this _____ day of _____, 2012

_____
United States District Judge