UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PHOENIX MEDIA/COMMUNICATIONS GROUP, INC., PEOPLE2PEOPLE GROUP, INC., TELE-PUBLISHING, INC., AND FNX BROADCASTING LLC,<br><br>    Defendants. | C.A. No. 1:10-cv-11917-DPW |

# JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Facebook, Inc. ("Facebook") and Defendants Phoenix Media/Communications Group, Inc., People2People Group, Inc., Tele-Publishing, Inc., and FNX Broadcasting LLC (collectively, "Defendants") submit this Joint Claim Construction and Prehearing Statement regarding the construction of claim terms of U.S. Patent Nos. 6,199,157 (the "'157 patent") and 6,314,458 (the "'458 patent").

**I.     CLAIM CONSTRUCTION HEARING**

The parties believe that four hours total may be required for argument on claim construction. Neither Facebook nor Defendants will call any witnesses. The parties will be prepared to provide a brief overview or tutorial on the patents if the Court would find that information useful.

**II.    PROPOSED ORDER OF CLAIM CONSTRUCTION ARGUMENTS**

The parties propose the following order for presentation at the *Markman* hearing:

    **A.**     **'157 Patent**

        **1.**     **"Item"**

            By Facebook

            By Defendants

        **2.**     **"Optional component"**

            By Facebook

            By Defendants

        **3.**     **"Options"**

            By Facebook

            By Defendants

        **4.**     **"Hierarchical option tree"**

            By Facebook

            By Defendants

        **5.**     **"Instance creation file"**

    By Facebook

    By Defendants

  6. **"Configuration selector," "configuration generator," "editor"**

    By Defendants

    By Facebook

**B.** **'458 Patent**

  1. **"Request for service"**

    By Facebook

    By Defendants

  1. **"Database change notice"**

    By Facebook

    By Defendants

  2. **"Security server"**

    By Facebook

    By Defendants

  3. **"Mechanism"**

    By Defendants

    By Facebook

**III.** **JOINT CLAIM CONSTRUCTION CHART**

  Attached as Appendix A is a joint claim construction chart listing the disputed terms and each party's proposed constructions. The chart also lists the parties' agreed-upon constructions.

| | |
|---|---|
| FACEBOOK, INC., | PHOENIX MEDIA/COMMUNICATIONS GROUP, INC., PEOPLE2PEOPLE GROUP, INC. and FNX BROADCASTING LLC, |
| By its attorneys, | By their attorneys, |
| */s/ Reuben H. Chen* <br> Reuben H. Chen | */s/ H. Joseph Hameline* <br> Arun Goel |
| Heidi L. Keefe (pro hac vice) <br> hkeefe@cooley.com <br> Mark R. Weinstein (pro hac vice) <br> mweinstein@cooley.com <br> Reuben H. Chen (pro hac vice) <br> rchen@cooley.com <br> Daniel J. Knauss (pro hac vice) <br> dknauss@cooley.com <br> Javier Torres (pro hac vice) <br> jtorres@cooley.com <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 857-0663 <br><br> OF COUNSEL: <br> Donald K. Stern (BBO No. 479420) <br> dstern@cooley.com <br> COOLEY LLP <br> 500 Boylston Street <br> Boston, MA 02116 <br> Telephone: (617) 937-2300 <br> Facsimile: (617) 937-2400 | H. Joseph Hameline (BBO# 218710) <br> hjhameline@mintz.com <br> Howard Wisnia (pro hac vice) <br> hnwisnia@mintz.com <br> Arun Goel (pro hac vice) <br> agoel@mintz.com <br> MINTZ, LEVIN, COHN, FERRIS, <br>   GLOVSKY AND POPEO, P.C. <br> One Financial Center <br> Boston, Massachusetts 02111 <br> Telephone:  (617) 542-6000 <br> Facsimile:  (617) 542-2241 |

Dated:  March 15, 2013

## CERTIFICATE OF SERVICE

      I, Reuben H. Chen, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  For those parties indicated as non-registered participants, if any, a paper copy will be sent by facsimile and/or U.S. First Class Mail on March 15, 2013.

                                            */s/ Reuben H. Chen*
                                              Reuben H. Chen

1104258 /HN