## APPENDIX A

1. **DISPUTED TERMS**

    a. **'157 Patent**

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| **Item** | Ordinary meaning: an object, thing, or unit that can be configured<br><br>Claims 1, 12, 13, 22<br><br>Cols. 3:3-6; 5:40-59; 5:56-59; 10:3-7; 11:5-7<br><br>Merriam-Webster's Collegiate Dictionary (10th ed. 1998) at 623<br><br>Collins English Dictionary (4th ed. 1998) at 817<br><br>*Wireless* tr. at pp. 3-24 | A physical object which can be operated, and is separate and distinct from the computer-implemented method (claim 1), system (claims 12 and 13), or computer-readable medium (claim 22) configuring the object<br><br>Claims 1, 12, 13, 22<br><br>Abstract, Detailed Description<br><br>Cols. 1:7-12; 1:62-65; 2:66-3:2; 5:40-59; 5:56-59. |
| **Optional component** | A part or portion of an item that may or may not be selected<br><br>Claim 1<br><br>Cols. 5:40-53; 11:5-7<br><br>*Wireless* tr. at pp. 24-46<br><br>Collins English Dictionary (4th ed. 1998) at 342, 1131<br><br>Webster's Third New International Dictionary (1981) at 1645 | A constituent part of an item that can be selected by a user<br><br>Claim 1<br><br>Abstract<br><br>Cols. 1:7-11; 2:18-21; 2:28-32; 2:54-59; 4:1-5; 4:41-43; 4:48-59; 5:40-53; 9:16-19<br><br>Webster's Third New International Dictionary of the English Language at 466<br><br>Goel Decl., Ex. C at FBPMC00001851, 1869<br><br>Goel Decl., Ex. E at FBPMC00001878<br><br>Goel Decl., Ex. F at FBPMC00001927; 1946 |

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| | | |
| **Options** | Data that corresponds to optional components of an item<br><br>Claim 1<br><br>Cols. 2:36-38; 2:56-61; 4:64-67; 5:17-31; 6:18-23; 8:40-52; 8:60-65<br><br>*Wireless* tr. at pp. 26-29, 31 | Option - Data representing an optional component of an item<br><br>Claims 1, 12, 13, 22<br><br>Abstract<br><br>Cols. 2:31-34 |
| **Hierarchical option tree** | An organizational framework for two or more options wherein one option sits at a higher level and branches into at least one other option<br><br>Claims 1, 3-5, 15-17, 24-26<br><br>Cols. 10:20-29; 10:25-30; 4:19-22; 4:64-67; 6:23-28; 11:5-7<br><br>Figs. 1, 2, 3<br><br>*Wireless* tr. at pp. 37-40<br><br>Facebook's op. br. in *Wireless Ink* at 15. | A visual presentation of options in a tree based on parent/child functional relationships among those options<br><br>Claims 1, 12, 13, 22<br><br>Abstract<br><br>Fig. 1; Fig. 2<br><br>Cols. 2:4-9; 2:47-51; 3:18-19; 4:19-22; 4:60-64; 4:64-67; 6:23-28; 10:9-11; 10:20-31.<br><br>Goel Decl., Ex. C at FBPMC00001864 |
| **Instance creation file** | A computer-readable collection of stored information representing the one or more selected options<br><br>Claim 12<br><br>Cols. 6:67 - 7:4; 8:4-7; 8:25-26<br><br>Fig. 6<br><br>*Wireless* tr. at pp. 40-44 | A complete, stored collection of item-specific information that contains the instances and attributes for a user's configuration of an item<br><br>Claims 1, 12, 13, 22<br><br>Goel Decl., Ex. A ('157 Prosecution History) at FBPMC00000098-104.<br><br>Fig. 4. |

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| | Facebook's op. br. in *Wireless Ink* at 13-14 | Cols. 1:38-42; 6:48-58; 6:62-64; 6:67-7:4; 7:6-12 |
| **Configuration selector** | A structure that allows selection of one or more options from the option tree<br><br>Cols. 8:17-24; 9:46-50; 11:8-18<br><br>*Wireless* tr. at pp. 48-55<br><br>Facebook's op. br. in *Wireless Ink* at 23-24<br><br>Collins English Dictionary (4th ed. 1998) at 1395 | Function:  allowing a user to select one or more options from the option tree<br><br>Claim 12<br><br>Structure:  Setup Application 822 of Fig. 8 and the algorithm contained in Col. 9, lines 16-19 and lines 46-50<br><br>Cols 9:16-19, 9:46-50 |
| **Configuration generator** | A structure that implements at least one attribute corresponding to selected options and places attributes into an instance creation file<br><br>Cols. 6:30-47; 6:48 - 7:4; 8:8-16; 8:25-30; 11:8-18<br><br>Fig. 3<br><br>*Wireless* tr. at pp. 48-55<br><br>Facebook's op. br. in *Wireless Ink* at 23-24<br><br>Collins English Dictionary (4th ed. 1998) at 639 | Function:  implementing at least one attribute corresponding to a selected option and placing that attribute into an instance creation file<br><br>Structure:  Indefinite<br><br>Claim 12 |
| **Editor** | A structure that creates attributes and associates attributes with two or more options<br><br>Cols. 9:20-45; 10:9-45; 11:8-18<br><br>Figs. 8, 9A, 9B<br><br>*Wireless* tr. at pp. 48-55 | Function:  creating attributes and associating those attributes with options<br><br>Structure:  Building Block Editor 812 of Fig. 8 and the algorithm contained in Col. 9, lines 29-33 |

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| | Collins English Dictionary (4th ed. 1998) at 493 | Fig. 8<br>Cols. 9:29-33 |

### b.   '458 Patent

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| **Request for service** | Ordinary meaning: request for performance of one or more processes by one or more applications<br>Cols. 4:51-59; 5:28-47<br>Figs. 5, 6 | A call to a server application for execution of an application program that could modify database data<br>Claims 1, 2, 3, 11, 12, 13<br>Abstract<br>Cols. 1:66-2:6, 2:25-27; 2:25-40. |
| **Database change notice** | An indication generated upon modification of database data that causes a browser to update data to reflect the modification<br>Claims 1, 3, 6, 8, 11, 13<br>Abstract<br>Cols. 2:25-40; 2:49-51; 5:4-6; 6:20-21; 6:23-26; 6:64-67<br>Collins English Dictionary (4th ed. 1998) at 1736 | A server-initiated notification that database data was updated by a browser after execution of an application program<br>Claims 1-5, 11-13<br>Abstract<br>Cols. 1:66-2:6; 2:25-40 |
| **Security server** | A server which is capable of identifying users currently requesting service of the network resource and, upon a change of the database data, transmitting a database change notice | A server controlling access to the database that requires all client browsers requesting access to the database to sign on or register with it before access to the database is granted |

| Disputed Term | Facebook's Construction | Defendants' Construction |
|---|---|---|
| | Claims 1, 2, 11, 12, 13<br><br>Col. 6:23-50 | Claim 1, 2, 11, 12, 13<br><br>Cols. 2:42-45 |
| **Mechanism** | Ordinary meaning:  process<br><br>Claims 11, 12, 13<br><br>Col. 4:55 – 5:3<br><br>Fig. 4<br><br>Merriam-Webster's Collegiate Dictionary (10th ed. 1998) at 721<br><br>Collins English Dictionary (4th ed. 1998) at 965-66<br><br>Microsoft Press Computer Dictionary (3rd ed. 1997) at 383 | A separate and distinct portion<br><br>Claims 11, 12, 13 |
| **Application mechanism** | No construction necessary | A separate and distinct portion of an application<br><br>Claim 11 |
| **Security server mechanism** | No construction necessary | A separate and distinct portion of a security server<br><br>Claims 12, 13 |

2. AGREED UPON TERMS

a. '157 Patent

| Term | Agreed Upon Construction |
|---|---|
| **Configuring an item** | Preparing an item for use such that it contains desired optional components |
| **Attribute** | Data that represents a characteristic of an optional component associated with at least one option |
| **Characteristics** | Features, properties, or qualities of the optional components |

b. '458 Patent

| Term | Agreed Upon Construction |
|---|---|
| **Browser** | Client application that enables a user to navigate the Internet and view HTML documents on the WWW, another network, or the user's computer |
| **Database** | An application for maintaining data in an organized fashion |
| **Database data** | Data managed and/or maintained by a database. |
| **Application server** | A server which is capable of running software applications and sending a database change notice, upon a change to data within a database |
| **Retransmission to the plurality of browsers/retransmitting the database change notice to the plurality of browsers/retransmits the database change notice to the plurality of browsers** | Sending the same database change notice that was received by the security server to the plurality of browsers |