UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PHOENIX MEDIA/COMMUNICATIONS GROUP, INC., PEOPLE2PEOPLE GROUP, INC., TELE-PUBLISHING, INC., AND FNX BROADCASTING LLC,<br><br>    Defendants. | C.A. No. 10-11917-DPW |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff Facebook, Inc. ("Facebook") and Defendants Phoenix Media/Communications Group, Inc., People2People Group, Inc., and FNX Broadcasting LLC ("Phoenix Defendants") are parties to a lawsuit for patent infringement filed by Facebook in the United States District Court for the District of Massachusetts captioned *Facebook, Inc. v. Phoenix Media/Communications Group, Inc. et al.*, Civil Action No. 1:10-cv-11917-DPW (the "Action");

WHEREAS Facebook and the Phoenix Defendants have entered into a stipulation seeking to have the Action dismissed without prejudice;

NOW, THEREFORE, Facebook and the Phoenix Defendants, by and through their respective counsel of record, having stipulated to entry of dismissal without prejudice of the Action, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Facebook's claims against Phoenix Media/Communications Group, Inc., People2People Group, Inc., and FNX Broadcasting LLC are HEREBY DISMISSED WITHOUT PREJUDICE.

2. Phoenix Media/Communications Group, Inc., People2People Group, Inc., and FNX Broadcasting LLC's counterclaims against Facebook are HEREBY DISMISSED WITHOUT PREJUDICE.

3. Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this 19th day of August, 2016

*[signature]*
United States District Judge